```
        IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

          MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JEWEL HUNTER, et al.,         )
                              )
     Plaintiffs,              )
                              )    CIVIL ACTION NO.
     v.                       )     2:09cv1155-MHT
                              )          (WO)
SANTA FE PROTECTIVE           )
SERVICES, INC.,               )
                              )
     Defendant.               )
```

### JUDGMENT

In accordance with the memorandum entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment filed by defendant Santa Fe Protective Services, Inc. (Doc. No. 47) is granted.

(2) The partial motion for summary judgment filed by plaintiffs Jewel Hunter, Carol Adams, Judith Dashner, Karen Didorek, Marilyn Revalee, Eddie Bradshaw, Linda Forbes, William Tharpe, John Thompson, William Dover, Cynthia O'Bryant, Melanie Griffith, John H. Crawford,

Jr., Gregory Davis, Amy J. Hanbury, and Estelle Imfinger, as administratrix of Huie Infinger's estate (Doc. No. 72) is denied.

(3) Judgment is entered in favor of defendant Santa Fe Protective Services, Inc. and against the plaintiffs, with the plaintiffs taking nothing by their complaint.

It is further ORDERED that costs are taxed against the plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of October, 2011.

                                         /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE